# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-447-F |
| PROCOLLECT INC. and EXPERIAN INFORMATION SOLUTIONS INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant Experian Information Solutions Inc.'s ("Experian") Motion to Set Aside Entry of Default (the "Motion") [Dkt. No. 15].

For good cause shown, and without objection from Plaintiff, the Motion is hereby **GRANTED**. **IT IS THEREFORE ORDERED** that Experian's Motion is **granted**, and the entry of default (Dkt. No. 7) entered by the Court Clerk on June 15, 2023, is **vacated**.

**IT IS FURTHER ORDERED** that Experian shall file a responsive pleading no later than July 21, 2023.

**IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2023**.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0447p003.PO.docx