UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:23-cv-447-F |
| | ) |
| PROCOLLECT INC and EXPERIAN INFORMATION SOLUTIONS INC. | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff and defendant Experian Information Solutions Inc.'s Stipulation of Voluntary Dismissal With Prejudice (Docket No. 23), requesting that this action be dismissed with prejudice as to defendant Experian Information Solutions Inc. pursuant to an agreed settlement between the parties.

The Court hereby GRANTS the request. All pending claims in this action as to defendant Experian Information Solutions Inc. are DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs.

IT IS SO ORDERED this 10th day of October, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0447p005.PO.docx