UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROCOLLECT INC. )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 5:23-cv-447-F |

## ORDER

Before the court is a Stipulation of Voluntary Dismissal filed by Plaintiff Corey Perry and Defendant ProCollect, Inc. (Docket No. 32) indicating that Plaintiff and Defendant ProCollect Inc. have resolved their disputes. Accordingly, the Court ORDERS that plaintiff Corey Perry's action against Defendant ProCollect, Inc. is dismissed with prejudice. Each party is responsible for their respective fees and costs.

IT IS SO ORDERED THIS 5th DAY OF FEBRUARY 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0447p008.PO.rev.doc

1